(102 So. 147)

**Ex parte STATE ex rel. ATTORNEY GENERAL.**

**FREDERICK v. STATE.**

**(2 Div. 858.)**

(Supreme Court of Alabama. Nov. 20, 1924.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner. Frank Head, of Centerville, opposed.

GARDNER, J. Ed. Frederick was convicted of an offense, and appealed to the Court of Appeals, and, the judgment of conviction being there reversed, the state, on the relation of its Attorney General, petitions for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Frederick v. State, 20 Ala. App. 336, 102 So. 146.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.